Terrence Kay, OSB#814375
Terrence Kay, P.C.
3155 River Road S., Suite 150
Salem, OR  97302-9836
Telephone:  503/588-1944
Fax:  503/588-1946
Email:  Terrence@kaylawfirm.com
     Attorney for Petitioner Catherine Bellinger

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In the Matter of:<br>UNITED AIRLINES MANAGEMENT AND ADMINISTRATIVE 401(K) PLAN<br><br>CATHERINE BELLINGER,<br><br>     Petitioner,<br>  v.<br><br>UNITED AIRLINES MANAGEMENT AND ADMINISTRATIVE 401(K) PLAN ; CLARENCE BELLINGER; and KATHRYN HIGBY,<br><br>     Respondents. | Civil No. 3:09-CV-709-MO<br><br>**PETITIONER'S NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)** |

    Petitioner submits this voluntary notice of dismissal without prejudice in accordance with Federal Rule Civil Procedure 41(a)(1)(A)(i).

    Dated this 17th day of September 2009.

                              /s/ Terrence Kay
                              Terrence Kay, P.C., OSB #814375
                              Telephone: 503/588-1944
                               Attorney for Petitioner Catherine Bellinger

Page 1 – Petitioner's Notice of Dismissal Under FRCP 41(a)
F:\BELLINGER\NoticeDismissal081809.1bf.doc
**TERRENCE KAY, P.C.**
*Attorney at Law*
3155 River Road S., Suite 150 - Salem, OR 97302
Telephone: 503/588-1944   Fax: 503/588-1946
Email: terrence@kaylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PETITIONER'S NOTICE OF DISMISSAL UNDER FRCP 41(a) on the following party(ies):

| | |
|---|---|
| Carolyn D. Walker<br>Stoel Rives LLP<br>900 SW 5th Ave Ste 2600<br>Portland OR  97204 | *via fax if checked: __ (503) 294-9358* |

and/or by electronic means through the Court's Case Management/Electronic Case File system.

Dated this 17th day of September 2009.

      /s/ Terrence Kay
      Terrence Kay, P.C., OSB #814375
      Telephone: 503/588-1944
      Attorney for Petitioner Catherine Bellinger

Page 2 – Petitioner's Notice of Dismissal Under FRCP 41(a)
F:\BELLINGER\NoticeDismissal081809.1bf.doc

**TERRENCE KAY, P.C.**
*Attorney at Law*
3155 River Road S., Suite 150 - Salem, OR 97302
Telephone: 503/588-1944   Fax: 503/588-1946
Email: terrence@kaylawfirm.com